DIANE GOWENS, APPELLANT, V. BOARD OF EDUCATION OF DISTRICT
NO. 54, RALSTON PUBLIC SCHOOLS, DOUGLAS COUNTY,
NEBRASKA, A POLITICAL SUBDIVISION OF THE STATE OF NEBRASKA,
APPELLEE.

479 N.W.2d 440

Filed January 24, 1992.   No. 90-076.

R.E. Richards, of Richards & Richards, for appellant.

Kelley Baker, of Harding & Ogborn, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, and FAHRNBRUCH, JJ.

PER CURIAM.

This matter arises from the sustaining of a demurrer in the district court to appellant's petition, in which she named as defendant the board of education of the Ralston schools. The

trial court dismissed the petition. Gowens appeals.

Our recent decision in *Zyburo v. Board of Education, ante* p. 162, 474 N.W.2d 671 (1991), is dispositive. The issue in this case is therefore resolved in favor of appellant, and we reverse the order of dismissal and remand the matter to the district court for consideration consistent with this opinion.

REVERSED AND REMANDED.

GRANT, J., not participating.